400 A.2d 619

Jasper Wood Products Company, Inc. v. Carborundum Environmental Systems, Inc., Appellants.

Jasper Wood Products Company, Inc., Appellant, v. Carborundum Environmental Systems, Inc.

Petition for Allowance of Appeal Denied March 30, 1979.

Argued September 14, 1978. John C. Youngman, for appellant and No. 1435 and for appellee at No. 1452; Roger V. Wiest, for appellant at No. 1452 and for appellee at No. 1435.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.